AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>LUIS MANUEL RODRIGUEZ<br><br>*Defendant(s)* | Case No. 17-1560-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 19, 2017** in the county of **Philadelphia** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846, 841(b)(1)(A) | Attempted possession of one kilogram or more of heroin |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Mooney, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 20, 2017

_____
*Judge's signature*

City and state: Philadelphia, PA

HON. TIMOTHY R. RICE
*Printed name and title*

**AFFIDAVIT**

I, Eric Mooney ("Your Affiant"), depose and state as follows:

Affiant's Expertise:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed for eight (8) years. I am currently assigned to the Special Agent in Charge Office, Philadelphia, Pennsylvania. During this time, I have been involved in investigations and apprehension of persons involved in the trafficking of narcotics and the proceeds from narcotics.

2. I have received courses of instruction from the Immigration and Customs Enforcement Academy relative to investigative procedures, criminal law, rules of evidence and Federal procedures. I have conducted and participated in criminal investigations, which have resulted in the seizure of contraband and documents. As a result of these investigations and my training, I am familiar with the methods commonly used by drug traffickers and drug trafficking organizations related to the distribution, transportation, and facilitation of illegal narcotics. I have affected arrests and have obtained indictments and convictions of violators. I have also conducted and participated in numerous searches, pursuant to consents as well as warrants, for drugs and other criminal offenses. As an HSI Special Agent, I have received extensive training in the investigation of violations of federal law, including Immigration and Naturalization (Title 8, United States Code), the Money Laundering and Control Act, the Racketeer Influenced and Corrupt Organization Act (Title 18, United States Codes), the U.S. Customs Code (Title 19, United States Code), and the Controlled Substances Import/Export Control Act (Title 21, United States Code). I have prepared and assisted other law enforcement agencies and Assistant United States Attorneys in the preparation of affidavits for complaints and warrants as well as search warrants.

3. This Affidavit is being submitted in support of an application for an Arrest Warrant for Luis Manuel RODRIGUEZ. Based on the information obtained during this investigation and detailed below, there is probable cause to believe that RODRIGUEZ violated 21 U.S.C. § 846 on or about November 19, 2017, knowingly and intentionally attempted to possess approximately five (5) kilograms of heroin, a Schedule I controlled substance.

4. The information in this Affidavit is based on my personal knowledge and from interviews of and discussions with other law enforcement personnel. Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth every fact I have learned from the investigation.

5. On November 17, 2017, acting at the direction of HSI Philadelphia, a Confidential Source (CS) contacted a Mexico based source of supply for heroin, only known as "Jefe," at which time Jefe provided the CS with the telephone number of a Philadelphia based heroin supplier, known to the CS as "Primo." The CS was directed by "Jefe" to meet with "Primo," later identified as Luis Manuel RODRIGUEZ, in Philadelphia, in order to provide RODRIGUEZ five

(5) kilograms of heroin. During subsequent communication between the CS and RODRIGUEZ via text message and voice calls, a meeting location in the area of 4913 Princeton Avenue in Philadelphia, PA was agreed upon. On the same date, RODRIGUEZ directed the CS to place the five (5) kilograms of heroin in the rear passenger compartment of a Ford Expedition parked in the vicinity of 4913 Princeton Avenue. Consequently, the CS placed the five kilograms of alleged heroin, contained within a small duffel bag, on the rear passenger seat of the Ford Expedition, and waited in the area as instructed by RODRIGUEZ.

6. Shortly thereafter, RODRIGUEZ approached the front passenger window of the CS's vehicle, shook hands with the CS, and stated in substance and in part, "You're the same guy as last time," referring to a previous heroin transaction conducted in the same vicinity. RODRIGUEZ then handed the CS a stack of rubber-banded bills believed to be approximately $5000.00 in United States Currency. Upon concluding the conversation with the CS, RODRIGUEZ approached the Ford Expedition, opened the rear passenger door where the duffel bag was located, and appeared to be reaching into the vehicle in an attempt to take possession of the duffel bag which RODRIGUEZ believed to contain five kilograms of heroin. At that time, RODRIGUEZ was approached by law enforcement officers and taken into custody.

## CONCLUSION

7. Based on the above facts and circumstances, there is probable cause to believe that Luis Manuel RODRIGUEZ violated 21 U.S.C. § 846, on or about November 19, 2017, by knowingly and intentionally attempting to possess approximately five (5) kilograms of heroin, a Schedule I controlled substance.

SPECIAL AGENT ERIC MOONEY
HOMELAND SECURITY INVESTIGATIONS

Sworn to before me this
20 day of November, 2017

BY THE COURT:

HONORABLE TIMOTHY R. RICE
*United States Magistrate Judge*